James L. JONES, Jr., Plaintiff–Appellant,

v.

RECONTRUST COMPANY, a wholly owned subsidiary of Bank of America; et al., Defendants–Appellees.

No. 13–16481.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.*

Filed March 20, 2015.

James L. Jones, Jr., pro se.

Shayna N. Fernandez, Robert W. Shely, Rodney Wayne Ott, Esquire, Phoenix, AZ, for Defendants–Appellees.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

James L. Jones, Jr., appeals pro se from the district court's summary judgment in his diversity action seeking to quiet title. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Progressive Cas. Ins. Co. v. Owen,* 519 F.3d 1035, 1037 (9th Cir.2008), and we affirm.

The district court properly granted summary judgment in Jones's quiet title action because Jones failed to raise a genuine dispute of material fact as to whether the mortgagee's interest in the subject proper-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ty had been satisfied. *See Farrell v. West,* 57 Ariz. 490, 114 P.2d 910, 911 (1941) (where "it appears there is an unsatisfied balance due to a defendant-mortgagee, or his assignee, the court will not quiet the title until and unless [plaintiff] pays off such mortgage lien").

We deny Jones's request for judicial notice set forth in his opening brief. We reject Jones's contentions regarding subject matter jurisdiction and due process in the district court.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.